IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH W. OWENS,
ADC #158571                                                                             PLAINTIFF

v.                              CASE NO. 4:21-CV-000220-BSM

DEXTER PAYNE, *et al.*                                                                  DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 10] is adopted and Joseph Owen's claims regarding the unconstitutional conditions of confinement; his alleged exposure to COVID-19; his exposure to verbal abuse; the denial of his transfer to the Texarkana work release program; and his false disciplinary charges are dismissed without prejudice. His claims against Aundrea Culclager are dismissed without prejudice.

IT IS SO ORDERED this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE