IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH W. OWENS,**
ADC #158571                                                                                         **PLAINTIFF**

v.                          **CASE NO. 4:21-CV-000220-BSM**

**DEXTER PAYNE,** *et al.*                                                                **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Edie R. Ervin's partial recommended disposition [Doc. No. 27] is adopted. Joseph Owen's claims for money damages against defendants in their official capacities are dismissed with prejudice; his failure-to supervise claim against Dexter Payne is dismissed without prejudice; his claims against Quintin Mixton are dismissed without prejudice; and his deliberate-indifference to medical care claims are dismissed without prejudice. Accordingly, Payne and Mixton are dismissed from this case. Owens may proceed on his claims that McJoy, Means, and Justin Whipps: (1) used excessive force against Owens on January 3, 2021; and (2) used excessive force to retaliate against Owens for his use of the grievance process.

IT IS SO ORDERED this 7th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE