IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH OWENS**  **PLAINTIFF**
*ADC #158571*

v.  CASE NO. 4:21-CV-00220-BSM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 66] is adopted. Joseph Owens's complaint [Doc. Nos. 1, 4] is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE