IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH OWENS**  PLAINTIFF
*ADC #158571*

v.    CASE NO. 4:21-CV-00220-BSM

**DEXTER PAYNE,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE